No. 88–7614. KASWAN *v.* VETERANS ADMINISTRATION ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–7617. STOVACK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–7618. D. M. *v.* DEPARTMENT OF HUMAN SERVICES. Ct. App. Iowa. Certiorari denied.

No. 88–7621. MARQUEZ-PENA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–7622. MCDONALD *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 88–7623. MOORE *v.* PUCKETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 88–7624. BOSSERT *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 88–7627. NELSON *v.* INGRAM ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–7628. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–7630. GREGORY *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 88–7631. CASTRO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–7632. KALMS *v.* UNITED STATES; and
No. 89–5212. KALMS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 872 F. 2d 431.

No. 89–1. KITSOS *v.* O'MALLEY, ADMINISTRATOR, ILLINOIS ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION. Sup. Ct. Ill. Certiorari denied.

No. 89–2. CAMOSCIO *v.* TIERNEY, ADMINISTRATIVE JUSTICE, BOSTON MUNICIPAL COURT DEPARTMENT, ET AL. C. A. 1st Cir. Certiorari denied.